IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD ALLEN HATCHER, # 220677, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:18-cv109-WHA |
| ) | [WO] |
| JOHN CROW, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On June 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation (Doc. # 12) is ADOPTED.

(2) This action is DISMISSED without prejudice because Petitioner has not exhausted his state court remedies.

A separate final judgment will be entered.

DONE this 2nd day of July, 2018.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE